Merrill Cohen, Trustee.

No. 05–1513.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 29, 2005.

Decided: Oct. 5, 2005.

Kathleen Barbara Davis, Appellant pro se. Jeffrey Mitchell Orenstein, Goren, Wolff & Orenstein, L.L.C., Rockville, Maryland, for Appellees.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

In re: Kathleen Barbara
DAVIS, Debtor,

Julian Burke; Burke Dunwell
Corporation, Plaintiffs—
Appellees,

v.

Kathleen Barbara Davis, Defendant—
Appellant,

PER CURIAM:

Kathleen Barbara Davis appeals the district court's order denying her motion to reconsider a prior order dismissing her appeal from the bankruptcy court's order determining that a certain debt was non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A) (2000). Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Burke v. Davis, Nos. CA–04–2015–8–AW; BK–02–24578; AP–03–1132 (D.Md. Apr. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED*